August 27, 2004

Ms. Cynthia Keely Timms
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Mr. Jeffrey S. Levinger
Carrington Coleman Sloman & Blumenthal, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201
Ms. Shannon Cameron
Winstead Sechrest & Minick
1201 Elm Street, Suite 5400
Dallas, TX 75270

RE: Case Number: 02-0120
 Court of Appeals Number: 13-00-00180-CV
 Trial Court Number: 95-9106

Style: HOFFMANN-LA ROCHE INC., A/K/A "ROCHE"
 v.
 JOAN ZELTWANGER, A/K/A JOAN GONZALES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Jim Hamlin |
| |Ms. Cathy |
| |Wilborn |